UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK THOMAS,                    Case No. 15-11443

    Plaintiff,                 ARTHUR J. TARNOW
v.                                 SENIOR U.S. DISTRICT JUDGE

CITY OF EASTPOINTE, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 17, 2018, the Court received en electronic mail message from defense counsel that the above captioned case had settled and that a stipulated order of dismissal would be submitted. No order has yet been submitted.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right of the parties, within 30 days and upon good cause shown, to move to vacate this order. The parties may also submit a stipulated order of dismissal with prejudice following entry of this order.

**SO ORDERED.**

                                            s/Arthur J. Tarnow
                                            ARTHUR J. TARNOW
                                            Senior United States District Judge

Dated: September 28, 2018